UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 3:22-cr-139

vs.

JOHN ALLNUTT,                          District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 36); (2) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA HEARING (Doc. No. 31); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE FIRST SUPERSEDING INFORMATION; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

      This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 36), recommending that the Court accept Defendant's guilty plea.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The parties' joint motion to change plea (Doc. No. 31) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the First Superseding Information, which charges him with unlawful user of controlled substance in possession of ammunition, in violation of l8 U.S.C. §§ 922(g)(3) and 924(a)(2).  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  October 2, 2023                                    s/Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge